UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BRUCE individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SELLEN CONSTRUCTION CO., INC., a Washington corporation,<br><br>  Defendant. | Case No. 2:25-cv-00705-JHC<br><br>STIPULATED MOTION AND ORDER TO STAY PENDING DEADLINES |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties, by and through their counsel of record, hereby stipulate and jointly move this Court for a stay of the case deadlines set forth in this Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. No. 12), pending a decision on Plaintiff's Motion to Remand (Dkt. No. 14). Good cause supports a stay of the current case deadlines, where Defendant removed this matter to this Court, and Plaintiff thereafter moved to remand. The parties agree that the Court should determine jurisdiction before further deadlines of the Court proceed.

Accordingly, the parties respectfully request that the Court stay the deadlines for a FRCP 26(f) Conference, Initial Disclosures, and a Combined Joint Status Report and Discovery Plan, pending this Court's decision on Plaintiff's pending Motion to Remand.

DATED: May 29, 2025.

BALLARD SPAHR LLP

By:   *s/Erin M. Wilson*
    Erin M. Wilson, WSBA No. 42454
    Alayna Piwonski, WSBA No. 57960
    1420 Fifth Ave No. 4200
    Seattle, WA  98101
    Tel: 206.223.7000
    wilsonem@ballardspahr.com
    piwonskia@ballardspahr.com

Attorneys for Defendant Sellen Construction Co., Inc.

JUSTICE LAW CORPORATION

By *s/Dean Petitta*
   Douglas Han, WSBA 59429
   Shunt Tatavos-Gharajeh, WSBA 59424
   Dean Petitta, WSBA 58295
   751 North Fair Oaks Ave Suite 101
   Pasadena CA  91103
   Tel: 818.230.7502
   dhan@justicelawcorp.com
   statavos@justicelawcorp.com
   dpetitta@justicelawcorp.com

Attorneys for Plaintiff

**ORDER**

BASED ON THE FOREGOING STIPULATION,

IT IS SO ORDERED.

DATED this 29th day of May, 2025.

*/s/ John H. Chun/*
John H. Chun
United States District Judge