UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL BRUCE individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELLEN CONSTRUCTION CO., INC., a Washington corporation;<br><br>Defendant. | NO. 2:25-cv-00705-JHC<br><br>**ORDER AND REQUEST FOR FRCP 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

REQUEST FOR FRCP 41 VOLUNTARY
DISMISSAL WITHOUT PREJUDICE – 1
Case No.: 2:25-cv-00705-JHC

## I. REQUEST FOR VOLUNTARY DISMISSAL

Plaintiff Michael Bruce ("Plaintiff") hereby files this Request for Voluntary Dismissal without Prejudice and [Proposed] Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court has ordered Plaintiff the opportunity to file a Second Amended Complaint. Plaintiff respectfully declines this Court's granting of his opportunity to pursue his causes of action further consistent with the Court's order and hereby requests that requests that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of September, 2025.

**JUSTICE LAW CORPORATION**

By: *s/Dean Petitta*
Douglas Han (WSBA No. 59429)
*dhan@justicelawcorp.com*
Shunt Tatavos-Gharajeh (WSBA No. 59424)
*statavos@justicelawcorp.com*
Dean Petitta (WSBA No. 58295)
*dpetitta@justicelawcorp.com*
751 North Fair Oaks Avenue, Suite 101
Pasadena, CA 91103
Telephone: +1 818 230-7502

*Attorneys for Plaintiff Michael Bruce*

## II. ORDER

Pursuant to Federal Rule of Civil Procedure 41, and upon Plaintiff Michael Bruce's request to voluntarily dismiss this action without prejudice, this Court hereby dismisses this case without prejudice. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Date: September 24, 2025.

_____
John H. Chun
United States District Judge